No. 850. 2,872.88 ACRES OF LAND ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *W. Lowrey Stone, Jesse G. Bowles* and *Forrest L. Champion, Jr.* for petitioners. *Solicitor General Cox* for the United States.

No. 882. COSTELLO *v.* IMMIGRATION AND NATURALIZATION SERVICE. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to Question 1 presented by the petition which reads as follows:

"Whether the provision of § 241 (a) (4) of the Immigration and Nationality Act of 1952 for deportation of an 'alien . . . who at any time after entry is convicted of two crimes' applies to an individual who was a naturalized citizen when convicted."

MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

*Edward Bennett Williams* and *Harold Ungar* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 886. SOUTH ATLANTIC & GULF COAST DISTRICT OF THE INTERNATIONAL LONGSHOREMEN'S ASSOCIATION INDEPENDENT ET AL. *v.* HARRIS COUNTY-HOUSTON SHIP CHANNEL NAVIGATION DISTRICT. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *Arthur J. Mandell* and *Sewell Myer* for petitioners. *L. G. Clinton, Jr.* for respondent. *Waggoner Carr,* Attorney General of Texas, and *Paul R. Robertson* and *Edward R. Moffett,* Assistant Attorneys General, for the State of Texas, as *amicus curiae,* in opposition.